```
 1  SULLIVAN LAW
    A Professional Corporation
 2  J. D. SULLIVAN, NV Bar No. 5516
    GENE M. KAUFMANN, NV Bar No. 6704
 3  1625 Highway 88, Suite 401
    Minden, Nevada 89423
 4
    Telephone:     (775) 782-6915
 5  Fax:           (775) 782-3439

 6  HILDEBRAND MCLEOD & NELSON LLP
    ANTHONY PETRU, CA Bar No. 91399
 7  350 Frank H. Ogawa Plaza
    Fourth Floor
 8  Oakland, California 94612-2006

 9  Phone:         (510) 451-6732
    Fax:           (510) 465-7023
10

11  Attorneys for Plaintiff
    Donald Alexius
12
```

13                  UNITED STATES DISTRICT COURT

14                       DISTRICT OF NEVADA

15

16  DONALD ALEXIUS,                CASE NO.:  3:09-CV-00531

17          Plaintiff,              **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

18      vs.

19  UNION PACIFIC RAILROAD
    COMPANY, a Delaware
20  corporation; and DOES 1-50,
    inclusive,
21
            Defendants.
22  _____/

23      COME NOW THE PARTIES, by and through their attorneys of record

24  and, pursuant to settlement, hereby dismiss this action, in its

25  entirety, with prejudice, each party to bear his/its own costs and

26  attorney's fees.

27  ///

28  ///

1  Dated:  September 14, 2010        Sullivan Law
                                     A Professional Corporation
2

3                                    /s/ J. D. Sullivan

4                                    Attorneys for Plaintiff, DONALD
                                     ALEXIUS
5
   DATED:  September 14, 2010        Law Offices of Michael B. Springer
6

7
                                     /s/ John Moore
8
                                     Attorneys for Defendant, UNION
9                                    PACIFIC RAILROAD COMPANY

10

11

12

13
                                     IT IS SO ORDERED:
14
                                     _____
15                                   UNITED STATES DISTRICT/MAGISTRATE
                                     JUDGE
16                                           10-01-2010
                                     DATED:  _____
17

18

19

20

21

22

23

24

25

26

27

28

2

CERTIFICATE OF ELECTRONIC SERVICE AND ATTESTATION TO CONSENT

The undersigned Filing User hereby certifies that the within document was served upon all parties, through their counsel of record herein, who are each Filing Users under the court's ECF system. The undersigned also attests that each Filing User, whose electronic signature appears above, has consented to foregoing.

Dated: September 14, 2010     SULLIVAN LAW
                              A Professional Corporation


                              /s/ J. D. Sullivan

                              Attorneys for Plaintiff, DONALD ALEXIUS